Copyrighted material licensed by S. Steven Vitale on September 19, 2023



**outlier.** An observation with an extreme value (outside of the typical range).

$r = 0.4$

Outlier →

**panel data.** Describes the collection of data on numerous items over a time sequence.

**parameter**

1. A constant or value used to index a function, such as use of degrees of freedom to derive an appropriate $t$-statistic or $F$-statistic function.

2. A number that describes a characteristic of a population.

**parametric statistic.** A statistic whose interpretation and validity is determined by understanding the distribution of the underlying population data from which a representative sample has been drawn. Many parametric statistics rely on an assumption that the population is normally distributed. *See also* **nonparametric statistic**.

**precision.** The departure of a measure or estimate from the true value. Also, the number significant digits carried or expressed in a calculation.

**prediction interval.** Represents the lower and upper boundaries of the range that likely contains the true value of the dependent variable for a single observation of data given a function for the data (such as the coefficients of a regression model) and a required level of probability. Often denoted PI, such as the 95% PI for an individual outcome.

**predictor variable.** *See* **explanatory variable**.

**probability (P).** The likelihood that a specified event will occur. *See also* **uncertainty**.

**probability analysis.** The assessment of probability using quantitative methods.

**p-value.** The level of evidence against a null hypothesis being tested. The smaller the p-value, the stronger the evidence that the null hypothesis should be rejected. As a sample size become very large, p-values mathematically become smaller due to the sample size and not necessarily because the null hypothesis should be rejected.

**quadratic relationship.** A polynomial equation of order 2 where the mathematical relation between two variables follows the form of a quadratic equation where the first order (e.g., rate) is linear and the second order (e.g., rate of change) is self-multiplicative.

**qualitative data.** Data that is based on subjective measures, where the data tend to fall into nominal or ordinal categories; usually represented in the form of words. For example, a characteristic like curb appeal may indeed affect market value but may be difficult to quantify numerically. Also referred to as *categorical data*. *See also* **quantitative data**.

**quantitative data.** Data that can be objectively measured or counted and expressed in numerical form. For example, square footage, length, age, number of rooms, and ceiling height are all quantitative data. *See also* **qualitative data**.

**quartile.** A descriptive statistic referring to one of three values that divides arrayed sample or population variable values into four equal parts. For example, the first quartile separates the lower 25% from the upper 75%. The second quartile (median) divides the data in half.

**quotient.** The answer or result obtained by dividing one number by another.

**r.** *See* **correlation coefficient**.

**R.** *See* **coefficient of multiple correlation**.

**R².** *See* **coefficient of determination**.

**random effects model.** Statistical models in which some of the independent (predictor) variables that define systematic components of the model exhibit some form of random variation. Statistical models always describe variation in observed variables in terms of systematic and unsystematic components, and in a random effects model the systematic effects are considered random (neither

**EXHIBIT F**